**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

AUSTIN JAY BURNS, ADC #551922                                              PLAINTIFF

v.                                      No. 5:17CV00223 JLH/JTR

KEDRICK R. AVERY, et al.                                                  DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray.   No objections have been filed. After careful review, the Recommendation

(Document #20) is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to file a copy of Burns's response to the motion to dismiss

(Document #16) as his second amended complaint.

2.      The defendants' motion to dismiss (Document #9) is GRANTED IN PART and

DENIED IN PART.

3.      Burns's inadequate nutrition claim against Avery, Budnik, and Starks is dismissed

without prejudice.

4.      Budnik and Starks are dismissed without prejudice as defendants in this action.

5.      Burns is allowed to proceed with his excessive force claim against Avery in his

individual capacity.

6.      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

DATED this 3rd day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE