Cruel & unusual punishment

The fact that I was punished before I was even convicted of a rule infraction constitutes cruel & unusual punishment.

The fact that I was found not guilty of all rule infractions that I was already punished for constitutes cruel & unusual punishment

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 5 2018

JAMES W. McCORMACK, CLERK
By: LBu
DEP CLERK

Malicious & sadistic use of force.

Lt. Avery sprayed me with MK-9 vapor while I was butt naked and attempting to comply with his demands. This humiliated me and caused me physical and mental anguish

I was placed in a cell with a gang member who retaliated against officers because another one of his fellow gang members was attacked by officers. I was stuck in this cell with this man. Had no choice in the matter because he would not catch the cuffs. Lt. Avery would not open the door for me until inmate D. Phillips caught the cuffs. Then I would have gotten sprayed and blown up while I had no chance to defend myself.

Austin Bins
#551900

① My claim of inadequate nutrition is because I was placed on alternative meals for 7 days or 21 consecutive meals for Dashing officers and assault on ADC officers. In my disciplinary I was never accused of any of these things and in fact I was found not guilty of everything I was placed on Alternative Meals for. My claim is not inadequate nutrition, but that I was punished for something I did not do. I was found not guilty of all charges but had already completed my punishment b-4 I was found not guilty. That is my claim. <u>False Punishment, Cruel & Unusual punishment?</u>

② My claim for excessive force is due to the fact Lt. Avery sprayed me with MK-9 vapor for the second time as I was complying with his comands. (He told me to strip, squat and cough, and catch the cuffs.) he sprayed me with the MK-9 vapor as I was naked. I had Chemical burns down my back. I was humiliated and caused physical pain due to another inmates problem with the officers. Even if I would have caught the cuffs from the beginning, I would still have been in the cell with Inmate D. Phillips. As long as he was not complying that door would not be opened. Then I would have been in handcuffs getting sprayed and blown up. I was in a NO WIN situation. With an inmate who put my life and my health in risk. All this on video April 11, 2017

These are my claims. Warden Budnik had opprotunities to let me off the Alternative meal and refused to do so. Capt Starks also had opprotunitys to reverse my sanctions due to lack of evidence and refused. Lt. Avery plain out used excessive force on me.

Austin Burns    2-2-18
#551922
P.O. Box 500
Grady AR 71644

Austin Burns #551922

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: Cummins

Name: Austin Burns

ADC# 551912   Brks # 14-30   Job Assignment: _____

FOR OFFICE USE ONLY
GRV. # _____
Date Received: _____
GRV. Code #: _____

10-2-17 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* ___ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): My legal mail to the United States District Court was denied because I am an indigent inmate, how if I 600 W. Capitol Ave suite A-149 have no money to buy stamps And I get denied by Little Rock Ar 72201 the mail room, initialed by T.G. on 9-29-17 my legal mail rights, how am I suppose to get my important legal documents, which do have a timeline sent out? This letter that was denied was suppose to be postmarked by Today 10-2-17. This setback by the T.G. of the Cummins mail room Rise me loosing my case. Something needs to be done about the Cummins unit mail Room / T.G. All of my legal mail rights have been taken from me by the Cummins unit mailRoom / T.G. My constitutional Right of access to the courts was violated as well as my Attorney client privileges.

_____
Inmate Signature: Austin Burns #551912      Date: 10-2-17

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 10-4-17 (date), and determined to be Step One and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

PRINT STAFF NAME (PROBLEM SOLVER): Darryl ____   ID Number: 34268   Staff Signature: _____   Date Received: 10-4-17

Describe action taken to resolve complaint, including **dates**: _____

Staff Signature & Date Returned _____   Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other)   Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ONE
Indigent

Arkansas Department of Correction
Inmate Trust Fund Account
Personal Withdrawal Request

_Cummins_
ADC Unit

_Austin Burns_   _551922_   _14-30_
Print Inmate Name   ADC Number   Barracks Number

All Information Requested On This Form Is To Be Printed
Postage Expense Will Be Charged By Trust Fund Centralized Banking For Each Request

Date of Request _9-28-17_   Amount of Request $ _____

_____ Dollars

Check is to be Payable To: _Mail Room_

Check is to be Mailed To: _____ Name
_____ Street or P.O. Box
_____ City, State, Zip

Purpose of Withdrawal Request _Postage for legal mail._

_Austin Burns #551922_   _Sgt W. [signature]_
Inmate Signature   ADC Witnessed Signature

Approved: Circle One   YES

NO _____
Reason for Denial

**RECEIVED**
SEP 2 0 2017
**CUMMINS UNIT MAILROOM**

_____
Signature Warden/Warden Designee

_____   _____
Business Manager – Print Name   Business Manager Signature

TrustFund Centralized Banking: Inmate Funds Available – Circle One:   Yes   No

ACI # 504