FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 09 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AUSTIN J. BURNS, ADC # 551922            PLAINTIFF

v.          CASE NO. 5:17CV223 JLH/JTR

KENDRICK R. AVERY, CHRIS BUDNIK,
AND KENNETH STARKS            DEFENDANTS

### DEFENDANT AVERY'S MOTION TO FILE PHOTOGRAPHS AND VIDEO EVIDENCE UNDER SEAL

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Scheduling Order (Doc. No. 24) Defendant Kedrick Avery, by and through his attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Vincent P. France, and for his Motion to File Photographs and Video Evidence under Seal, states:

1. On August 24, 2017, Plaintiff filed a Complaint against ADC Defendants, Kedrick Avery, Christopher Budnik, and Kenneth Starks, in which he claimed that the ADC Defendants on April 11, 2017 used excessive force against him by using chemical spray. Doc. No. 2. Plaintiff also alleged that he was not provided with adequate nutrition. Doc. No. 2, p. 6.

2. On April 27, 2018, Honorable Magistrate Ray issued his "Recommended Partial Disposition" (Doc. No. 20) in which he recommended that Plaintiff's claim of inadequate nutrition against the ADC Defendants be dismissed without prejudice. Magistrate Ray also recommended that the excessive force claims against Defendant Budnik and Starks be dismissed, but that Plaintiff be allowed to continue his excessive force claim against Defendant Avery in his individual capacity. Doc. No. 20, p. 9. This Court adopted these recommendations in an Order issued on April 3, 2018. Doc. No. 28.

3. On March 12, 2018, this Court entered a Scheduling Order (Doc. No. 24), which requires that the ADC Defendants to file under seal any video recordings and photographs of the incident in question that may have been taken within thirty days of the Scheduling Order.

4. Defendants have photographs taken on April 11, 2017 that show the officers that had bodily fluids thrown onto them (which is termed as being "dashed") by an inmate in Plaintiff's cell that necessitated the need to extract the inmates, including Plaintiff, from his cell. Exhibit A, Photographs of Officers who were Dashed.

5. In addition, Defendants have video recording from the April 11, 2017 incident that shows the cell extraction, which is important for the disposition of this case. Exhibit B, CD containing video recording incident.

6. The photographs and video, if disseminated, would pose a significant security risk to the security of the prison because inmates would learn the nature, location, the view captured, and the quality of the video, especially given the area of the prison in which this video footage is taken.

7. Accordingly, Defendant Avery asks that they be allowed to file the photographs and video under seal and be able to make general references to them in their future motion for summary judgment, the brief in support, and the statement of undisputed material facts.

8. Attached to this motion are the following exhibits:

- Exhibit A: Photographs of Officers Photographs of Officers who were Dashed; and

- Exhibit B: Exhibit B, CD containing video recording incident.

9. Pursuant to Rule 7.2 of the Local Rules, a supporting brief is being filed contemporaneously with this motion.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 5.2, Defendant Avery respectfully requests that the attached photographs and video be filed under seal because if disseminated to inmates would cause pose a threat to prison security.

Respectfully submitted,

Attorney General

By: /s/ Vincent P. France
Vincent P. France
Ark Bar No. 2010063
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2007
Fax: (501) 682-2591
*Attorneys for Defendant Avery*

**Certificate of Service**

I, Vincent P. France, hereby certify that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I, Vincent P. France, hereby certify that on April 9, 2018, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Austin Jay Burns, ADC #551922
Pine Bluff Unit
890 Free Line Dr.
Pine Bluff, AR 71603-1498

/s/ Vincent P. France
Vincent P. France