FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 09 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **AUSTIN J. BURNS, ADC # 551922** | **PLAINTIFF** |
| v.      **CASE NO. 5:17CV223 JLH/JTR** | |
| **KENDRICK R. AVERY, CHRIS BUDNIK, AND KENNETH STARKS** | **DEFENDANTS** |

### BRIEF IN SUPPORT OF DEFENDANT AVERY'S MOTION
### TO FILE PHOTOGRAPHS AND VIDEO EVIDENCE UNDER SEAL

Pursuant to Rule 7.2 of the Local Rules and Scheduling Order (Doc. No. 24) Defendant Kedrick Avery, by and through his attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Vincent P. France, and for his brief in support of his motion to file video recordings and photographs under seal.

Plaintiff filed this lawsuit claiming that Defendant Avery used excessive force against him. In accordance with the Scheduling Order (Doc. No. 24) Defendant Avery has secured and seeks to produce under seal photographs and a video recording relating to the incident in question. Defendant Avery has photographs of the officers who had bodily fluid thrown onto them by one of the inmates in Plaintiff's cell that required the use of force to extract the inmates from the cell. The video recording is of the cell extraction in response to the officers having bodily fluids thrown onto them. Thus, the evidence contained in the photographs and video footage are vitally important to Defendant Avery's case.

The dissemination of the photographs and video pose a significant risk to the security of the prison because inmates would learn the nature, location, the view captured, and the quality of the video especially given the area of the prison in which this video footage is taken. Thus, Defendants ask that they be allowed to submit the video surveillance under seal pursuant to

1

Federal Rule of Civil Procedure 5.2, and that they be allowed to make general references to the video footage in any future pleadings they file.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 5.2, Defendant Avery respectfully requests that the attached photographs and video be filed under seal because if disseminated to inmates would cause pose a threat to prison security.

Respectfully submitted,

Attorney General

By: /s/ Vincent P. France
Vincent P. France
Ark Bar No. 2010063
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2007
Fax:    (501) 682-2591
*Attorneys for Defendant Avery*

2

## Certificate of Service

I, Vincent P. France, hereby certify that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I, Vincent P. France, hereby certify that on April 9, 2018, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Austin Jay Burns, ADC #551922
Pine Bluff Unit
890 Free Line Dr.
Pine Bluff, AR 71603-1498

/s/ Vincent P. France
Vincent P. France