UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AUSTIN JAY BURNS                                                                            PLAINTIFF

vs.                              No. 5:17CV00223-JLH-JTR

KEDRICK R. AVERY                                                                         DEFENDANT

## ORDER

The Partial Recommended Disposition [*Doc. No. 54*] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed, along with the objections submitted by Defendant Avery [*Doc. No. 55*]. After conducting a *de novo* review of the record, the Partial Recommended Disposition is adopted in its entirety.

Accordingly, Defendant Avery's motion for summary judgment [*Doc. No. 35*] is DENIED. Plaintiff Burns's excessive force claim must be resolved by a jury trial.

IT IS SO ORDERED this 8th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE